# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY


STATE HUMAN RELATIONS : 
COMMISSION ex rel. BRENDA GREEN, :     C.A. No: K13C-01-006 RBY
                              :
             Plaintiff, :
                              :
    v. :
                              :
MARY FIELD and DELAWARE : 
COMMUNITY MANAGEMENT, LLC, :
                              :
        Defendants. :


*Submitted: November 19, 2014*
*Decided: January 15, 2015*


***Upon Consideration of Plaintiff's***
***Motion in Limine***
**DENIED**

**ORDER**


Oliver J. Cleary, Esquire, Department of Justice, Wilmington, Delaware for Plaintiff.

Michael P. Morton, Esquire, Greenville, Delaware for Defendants.



Young, J.

*State Human Rel. Comm. ex. rel. Dr. Brenda Green v. Mary Field, et. al.*
*C.A. No.: K13C-01-006 RBY*
*January 15, 2015*

## DECISION

The facts and arguments presented in this Motion are identical to those presented in the Motion of Plaintiff Butler. Accordingly, this Motion is **DENIED** for the same reasons as stated in that Order made this same date and time.

**SO ORDERED** this 15th day of January, 2015.

/s/ Robert B. Young
J.

RBY/lmc
oc:    Prothonotary
cc:    Counsel
       Opinion Distribution
       File